# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN ** +
EUGENE G. LAMB ** +
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL *** +
MICHAEL KORIK *

28 WEST GRAND AVENUE, SUITE 9
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX:(201) 802-9066
E-Mail: mmlmlawyers@aol.com

Writer's Direct E-Mail:
pmonaghan@monaghanlawyers.com

NEW YORK OFFICE:
401 EAST 65TH STREET, SUITE 10C
NEW YORK, NEW YORK 10065

(212) 541-6980
FAX: (212) 541-6994

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FL AND NY
+ OF COUNSEL

September 30, 2008

**ORDER ON ORAL MOTION**

**VIA ECF**
Hon Claire C. Cecchi, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and US Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: <u>Cafaro, et.. al. v. HMC International, LLC et. al.</u>
Case No. 07-CV-02793-JLL - Our File: 3908

Dear Judge Cecchi:

We represent the Plaintiffs in the <u>Cafaro</u> matter and are writing to seek a thirty (30) day extension of time to complete the exchange of written discovery. As you are aware, we represent six individuals and one estate. The discovery demands are quite extensive and require Plaintiffs to locate numerous documents including tax returns, statements, K-1's and other documents that are not readily in their possession. Unfortunately, this is taking significantly longer than expected and to that effect, we request an additional thirty days to exchange written discovery.

In addition, we have learned that the outstanding written documents in possession of defendant Robert Massimi are located in Mr. Massimi's garage in Saddle River, New Jersey. We have made a request to review these documents, but thus far have not been able to schedule a date with Mr. Massimi's Counsel for the review of these documents. We have also written to Counsel for Bruno DiBello regarding review of the documents in their possession, but again, have not heard from Counsel as to a date and time to schedule a review of the outstanding documents in their possession. Therefore, this additional thirty day extension is necessary to schedule time with Counsel for review of these documents.

We have sought the consent of our opposing Counsel but as of this afternoon, have only been advised by Mr. Miron's office that due to the Jewish Holiday, he is out of the office but that he usually always grants consent in such circumstances. We have reached out to Brian Chau of Conway and Conway and Robert Podvey of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C. for consent but have not yet heard back from Counsel.

                                            Respectfully submitted,

                                            */s/ Michael Korik*
                                            Michael Korik (MK0377)
                                            Monaghan, Monaghan,
                                            Lamb & Marchisio

*[Handwritten:] The deadline for the completion of fact discovery is hereby extended for thirty (30) days.*

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.

Date: 10/6/08