## MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

| | | |
|---|---|---|
| PATRICK J. MONAGHAN, JR. * <br> RICHARD F. MONAGHAN ** + <br> EUGENE G. LAMB ** + <br> JUVENAL L. MARCHISIO ** <br> JAMES P. O'NEILL *** + <br> MICHAEL KORIK * | 28 WEST GRAND AVENUE, SUITE 9 <br> MONTVALE, NEW JERSEY 07645 <br><br> TEL: (201) 802-9060 <br> FAX:(201) 802-9066 <br> E-Mail: mmlmlawyers@aol.com <br><br> Writer's Direct E-Mail: <br> mkorik@monaghanlawyers.com | NEW YORK OFFICE: <br> 401 EAST 65TH STREET, SUITE 10C <br> NEW YORK, NEW YORK 10065 <br><br> (212) 541-6980 <br> FAX: (212) 541-6994 |

\* ADMITTED IN NJ AND NY
\*\* ADMITTED IN NY
\*\*\* ADMITTED IN FL AND NY
+ OF COUNSEL

December 31, 2009

**Via E-Filing:**

United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and US Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: Cafaro et. al. v. HMC International, LLC et. al.  ; *Berk, et al v. HMC et al*
          Case No. 07-CV-02793-JLL   *J 07-181*
          Our File: 3908

Dear Sir or Madam:

      Pursuant to Local Civil Rule 7.1(d)5, Plaintiffs respectfully request an automatic extension of the return date of the motion to dismiss filed by Defendant Jamie S. Massimi, docket no. 171, from the current motion return date of January 19, 2010 with opposition papers due on January 4, 2010. Plaintiffs respectfully request the next return date for these motions to be February 1, 2010 with a deadline of January 19, 2010 for filing the opposition papers and a deadline of January 25, 2010 for reply papers, consistent with Local Civil Rule 7.1(d)5. Given the back to back holidays and the short weeks, we respectfully request additional time to put in opposition to the motion

                                    Respectfully submitted,

                                      Michael Korik (MK0377)

cc: All Counsel via ECF
                                    SO ORDERED: _____
                                    DATED: 1/4/10

*\* The return date for this motion, also filed in Case No. 07-181, Berk v. HMC, is also extended until 2/1/2010.*